WEBSTER *v.* LEE COUNTY DISTRICT COURT.

No. 31, Misc.   Decided January 9, 1967.

Petitioner *pro se.*

*Lawrence F. Scalise,* Attorney General of Iowa, and *Don R. Bennett,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

The judgment is vacated and the case is remanded to the Supreme Court of Iowa for further consideration in light of *Long* v. *District Court of Iowa in and for Lee County, ante,* p. 192.

HUNTER *v.* NEW YORK.

No. 917, Misc.   Decided January 9, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.